IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JASON KERNS, ARCHIE KERNS and
MARY ANN KERNS,

       Plaintiffs,

vs.                                                                                    No. CIV 07-0771 JB/ACT

BOARD OF COMMISSIONERS OF
BERNALILLO COUNTY, BERNALILLO COUNTY
SHERIFF DARREN WHITE, in his individual and his
official capacity, BERNALILLO COUNTY SHERIFF'S
DETECTIVES BRIAN LINDLEY, RALPH GONZALES, and
JAMES HAMSTEN, in their individual capacities, BERNALILLO
COUNTY SHERIFF DEPUTIES LAWRENCE KOREN,
SEAN CONNORS, AARON WRIGHT, TIMOTHY HIX, and
RHONDA MOYA, in their individual capacities, THE CITY OF
ALBUQUERQUE, ALBUQUERQUE POLICE DEPARTMENT
OFFICERS DREW BADER, MATT THOMPSON, RUSSELL CARTER,
ROBERT JOHNSTON and JAMES MONTOYA,
in their individual capacities, METROPOLITAN FORENSIC
SCIENCE CENTER FIREARM AND TOOL MARK EXAMINER
MIKE HAAG, in his individual capacity, and JOHN DOES 1-10,
in their individual capacities,

       Defendants.

## ORDER

**THIS MATTER** comes before the Court on the City Defendants Drew Bader, Matthew

Thompson, and Russell Carter's Motion for Summary Judgment and Memorandum in Support,

Requesting Dismissal of Counts I, X, and XIII of Plaintiffs' First Amended Complaint [Doc. 5],

filed February 17, 2009 (Doc. 117). The primary issue is whether Defendants Drew Bader, Matthew

Thompson, and Russell Carter are entitled to qualified immunity in this case. The Court held a

hearing on August 31, 2009. For reasons stated on the record, and for further reasons consistent

with those already stated, the Court will deny the motion.[1]

        **IT IS ORDERED** that the City Defendants Drew Bader, Matthew Thompson, and Russell

Carter's Motion for Summary Judgment and Memorandum in Support, Requesting Dismissal of

Counts I, X, and XIII of Plaintiffs' First Amended Complaint [Doc. 5] is denied.

 

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Marc M. Lowry
Carolyn M. ("Cammie") Nichols
Rothstein, Donatelli, Hughes, Dahlstrom,
  Schoenburg & Bienvenu, LLP
Albuquerque, New Mexico

       *Attorneys for the Plaintiffs*

Daniel J. Macke
Robles, Rael, & Anaya, P.C.
Albuquerque, New Mexico

       *Attorneys for the Defendants Board of Commissioners of*
         *Bernalillo County, Bernalillo County Sheriff Darren*
         *White, Bernalillo County Sheriff's Detectives Brian Lindley,*
         *Ralph Gonzales, James Hamsten, Bernalillo County*
         *Sheriff's Deputies Lawrence Koren, Sean Connors, Aaron*
         *Wright, Timothy Hix, and Rhonda Moya.*

---

     [1] This Order disposes of the motion at issue.  The Court will, however, at a later date issue an opinion more fully detailing its rationale for this decision.

Stephanie M. Griffin
  Assistant City Attorney
Albuquerque City Attorney's Office
Albuquerque, New Mexico

> *Attorneys for the Defendants The City of Albuquerque,*
>   *Albuquerque Police Department Officers Drew Baden,*
>   *Matt Thompson, Russell Carter, Robert Johnston,*
>   *James Montoya, and Metropolitan Forensic Science*
>   *Center Firearm and Tool Mark Examiner Mike Haag.*